(97 South. 923)

ST. MICHAEL'S AND ALL ANGELS' CHURCH v. Minnie PITMAN et al. (7 Div. 404.) (Supreme Court of Alabama. Oct. 19, 1923.) Appeal from Circuit Court, Calhoun County; C. H. Young, Special Judge. Merrill & Allen and Knox, Acker, Sterne & Liles, all of Anniston, for appellant. Willett, Walker & Whiteside, of Anniston, for appellees.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 921)

L. E. SHAW v. W. S. KNIGHT. (1 Div. 280.) (Supreme Court of Alabama. Nov. 13, 1923.) Appeal from Circuit Court, Washington County; Ben D. Turner, Judge.

PER CURIAM. Dismissed for want of prosecution.

(97 South. 923)

Agnes SIMMONS, Adm'x, v. MOBILE ELECTRIC CO. (1 Div. 294.) (Supreme Court of Alabama. Nov. 13, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 921)

Burley SMITH, pro ami, v. CENTRAL IRON & COAL CO. (6 Div. 739.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 921)

Joe STONE, alias, etc., v. STATE. (8 Div. 569.) (Supreme Court of Alabama. Feb. 7, 1924.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 921)

TENNESSEE COAL, IRON & R. R. CO. v. LOUISVILLE & N. R. CO. (6 Div. 238.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Tillman, Bradley & Baldwin, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 921)

UNITED STATES FIDELITY & GUARANTY CO. et al. v. CITY OF ATHENS. (8 Div. 627.) (Supreme Court of Alabama. Dec. 20, 1923.) Appeal from Circuit Court, Limestone County; Jas. E. Horton, Jr., Judge. Harsh, Harsh & Harsh and Coleman, Coleman, Spain & Stewart, all of Birmingham, for appellants. Fred Wall, of Athens, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(98 South. 921)

Johnnie Lee WATKINS v. Lizzie L. GODWIN et al. (4 Div. 74.) (Supreme Court of Alabama. Jan. 24, 1924.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge. H. L. Martin, of Ozark, for appellant. Sollie & Sollie, of Ozark, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 921)

W. J. WORTHINGTON v. Carrie WORTHINGTON. (6 Div. 958.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Jefferson County; Wm. M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.